CJ - 2025 - 4004325 YOO4 -

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
DISTRICT OF OKLAHOMA

Plumbr

| | |
|---|---|
| MICHAEL GEFFRE, an Individual, | )<br>) |
| Plaintiff, | )<br>)  CASE NO: |
| vs. | )<br>) |
| SCHINDLER ELEVATOR CORPORATION Foreign For Profit Business Corporation, | )  Judge _____<br>)<br>) |
| Defendant. | )  JURY TRIAL DEMANDED<br>)  ATTORNEY LIEN CLAIMED |

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

JUN - 6 2025

RICK WARREN
COURT CLERK

50 _____

## PETITION

**COMES NOW** Plaintiff, Michael Geffre, an individual ("Plaintiff"), by and through his counsel of the Firm Levinson, Smith & Huffman, P.C., for his causes of action against the Defendants Schindler Elevator Corporation (hereinafter referred to as "Defendant"), alleges and states as follows:

### PARTIES, VENUE, AND JURISDICTION

1. Plaintiff, Michael Geffre, is an individual that owns land in Pittsburg County in Oklahoma, including owning an undivided interest in property located 3749 N. Pine Hollow Rd, McAlister, Pittsburg County, State of Oklahoma.

2. Defendant Schindler Elevator Corporation is foreign for-profit corporation doing business in Oklahoma City, Oklahoma County, State of Oklahoma with a registered agent listed as C T Corporation System located at 1833 South Morgan Road, Oklahoma City, OK 73128.

3. On or about June 17, 2024, Plaintiff was riding in an elevator manufactured and maintained by Defendant.

4. Defendant failed to properly maintain the elevator.

**Exhibit 2**

5. As a direct and proximate cause, a large piece of metal fell from the ceiling, hitting Plaintiff on his head.

6. As a direct and proximate result of the negligence of the Defendant, Plaintiff sustained injuries to his body and has been prevented from transacting his business.

7. As a direct and proximate result of the negligence of the Defendant, Plaintiff will continue to suffer great pain of body and mind and will require further medical treatment in the future.

8. Defendant's actions on the date of the accident rose to a level of careless disregard, gross negligence, and willful misconduct entitling Plaintiffs to recover punitive damages in excess of $75,000.00.

**WHEREFORE**, premises considered, Plaintiff respectfully requests a judgment for actual damages in a sum in excess of Seventy-Five Thousand Dollars ($75,000.00), together with punitive damages, attorney fees, injunctive relief, and any other relief this Court deems right and just.

Respectfully submitted,

John M. Thetford, OBA # 12892
Evan M. McLemore, OBA # 31407
Grant B. Thetford, OBA # 33624
Bryce W. Talsma, OBA # 36489
LEVINSON, SMITH, & HUFFMAN, P.C.
1743 East 71st Street
Tulsa, Oklahoma 74136-5108
918.492.4433 – Tel.
918.492.6224 – Fax
j.thetford@levinsonlawtulsa.com
evan.mclemore@levinsonlawtulsa.com
grant.thetford@levinsonlawtulsa.com
bryce.talsma@levinsonlawpc.com
**ATTORNEYS FOR PLAINTIFF**